UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. **11-4073 JSB** |
| | ) | |
| v. | ) | |
| | ) | USMJ BRYANT |
| BILLY NICHOLS | ) | |

## UNITED STATES' MOTION TO SEAL
## COMPLAINT/AFFIDAVIT/ARREST WARRANT

The United States requests the complaint, affidavit, and arrest warrant in this case be sealed

until the defendant is arrested in order to safeguard the officers responsible for executing the warrant

and to prevent the defendant from fleeing before his arrest.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

By: *s/ Sunny A.M. Koshy* 9/20/11
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203

SO ORDERED:

_____
JOHN S. BRYANT
U.S. Magistrate Judge