UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 11-4073 JSB |
| v. ) | |
| ) | USMJ BRYANT |
| BILLY NICHOLS ) | |

## UNITED STATES' MOTION TO UNSEAL COMPLAINT/AFFIDAVIT/ARREST WARRANT

The United States requests the complaint, affidavit, and arrest warrant in this case be unsealed since the defendant has been arrested and should be provided a copy of these documents.

Respectfully submitted,

JERRY E. MARTIN
UNITED STATES ATTORNEY

By: *s/ Sunny A.M. Koshy* 9/27/11
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203

SO ORDERED:

_____
JOE B. BROWN
U.S. Magistrate Judge